

FILED
GREAT FALLS
2011 OCT 19 PM 2 06
PATRICK E. DUFFY, CLERK
BY _____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| MERLE K. STENGEL,<br><br>                      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                      Defendants. | No. CV 10-75-GF-SEH<br><br>**ORDER** |

On September 21, 2011, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986).

---

[1] Docket No. 19.

However, this Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's motion for summary judgment[2] is DENIED.

2. Defendant's Motion for Summary Judgment[3] is GRANTED.

3. The Clerk of Court is directed to enter judgment accordingly.

DATED this 19th day of October, 2011.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 15.

[3] Docket No. 16.